**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 00-2273

———————————

ELIZABETH K. GRAY,

Plaintiff - Appellant,

versus

VIRGINIA HEALTHCARE WASTE MANAGEMENT, INCORPO-
RATED, d/b/a Sci-med Waste Systems; RICHARD
HENK; RICHARD SHIVELY; SIDNEY ALLEN CONNER,
JR.,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke.  Jackson L. Kiser, Senior District
Judge.  (CA-99-499-7)

———————————

Submitted:  February 8, 2001      Decided:  February 13, 2001

———————————

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Elizabeth K. Gray, Appellant Pro Se.  Jeffery Scott Sexton, GENTRY
LOCKE RAKES & MOORE, Roanoke, Virginia; Joseph Dudley McCluskey,
Laura Graham Fox, Susan Childers North, Charles Garrison Meyer,
III, LECLAIR RYAN, P.C., Richmond, Virginia, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Elizabeth K. Gray appeals from a jury verdict in favor of the Defendants on her employment discrimination complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the jury's verdict. <u>Gray v. Virginia Healthcare Waste Mgmt.</u>, No. CA-99-499-7 (W.D. Va. Aug. 30, 1999). Gray's motion for appointment of counsel is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2